DEBRA ELLWOOD MEPPEN, Bar No. 183885
dmeppen@grsm.com
DIBA D. RASTEGAR, Bar No. 230681
drastegar@grsm.com
CAMERON D. ARONSON Bar No. 305663
caronson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California  90071
Telephone:    (213) 576-5000
Facsimile:    (213) 680-4470
Attorneys for Defendant,
CLASSIC RESIDENCE MANAGEMENT LIMITED
PARTNERSHIP d/b/a Vi an Illinois Limited
Partnership

**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Unit 206A
South San Francisco, CA 94080
Tel:    (415) 580-2574
Fax:    (415) 735-3454
Email: silg@ilglegal.com
Email: njupillat@ilglegal.com
Attorneys for Plaintiff Soledad Iniego

UNITIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLEDAD INIEGO, as an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>CLASSIC RESIDENCE MANAGEMENT LIMITED PARTNERSHIP d/b/a Vi, an Illinois Limited Partnership, and DOES 1 THROUGH 100, inclusive,<br><br>              Defendants. | Case No. 5:24-cv-06329-NW<br>*Assigned to Hon. Noël Wise, Ctrm. 3*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADR**<br><br>*Complaint Filed:  08/06/2024* |

//

//

//

**STIPULATION AND [PROPOSED] ORDER REGARDING ADR**

GORDON REES SCULLY MANSUKHANI, LLP
633 WEST FIFTH STREET, 52ND FLOOR, LOS ANGELES, CA 90071

**TO THE HONORABLE COURT:**

Pursuant to ADR L.R. 6, and Civil L.R. 16-8, it is hereby stipulated by and between Plaintiff Soledad Iniego ("Plaintiff") and Defendant Classic Residence Management Limited Partnership dba Vi, an Illinois Limited Partnership ("Defendant") (Plaintiff and Defendant are collectively, "the Parties) as follows:

1. WHEREAS, Plaintiff filed her civil Complaint giving rise to this action on August 6, 2024, in the Superior Court of the State of California, County of Santa Clara, Santa Clara Case No.: 24CV444656.

2. WHEREAS, Defendant filed its answer to Plaintiff's initial Complaint on September 5, 2024, in the Superior Court of the State of California, County of Santa Clara, Santa Clara Case No.: 24CV444656.

3. WHEREAS, Defendant, on September 9, 2024, caused to be filed a Notice to State Court and Adverse Party of Removal of Action to Federal Court in the Superior Court of the State of California, County of Santa Clara, Santa Clara Case No.: 24CV444656, and a Notice of Removal of Civil Action pursuant to 28 U.S.C. §§ 1332, 1441(A), 1441(B), and 1446, in the United States District Court, Northern District of California. (ECF No. 1).

4. WHEREAS, on September 10, 2024, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. (ECF No. 4). The Order Setting Initial Case Management Conference assigned this action to the Honorable Judge Nathanael M. Cousins.

5. WHEREAS, on September 12, 2024, the Court issued an Order Reassigning Case whereby this action was assigned using a proportionate, random, and blind system to the Honorable Judge P. Casey Pitts in the San Jose division for all further proceedings. (ECF No. 7).

6. WHEREAS, on February 24, 2025, this action was reassigned to the Honorable Judge Noël Wise. (ECF No. 21).

7. WHEREAS, on July 18, 2025, the Parties filed a Joint Stipulation for Referral to

GORDON REES SCULLY MANSUKHANI, LLP
633 WEST FIFTH STREET, 52ND FLOOR, LOS ANGELES, CA 90071

- 2 -

**STIPULATION AND [PROPOSED] ORDER REGARDING ADR**

Magistrate Judge for Settlement Conference. (ECF No. 27).

8. WHEREAS, in or around July 2025, Counsel of record for the Parties herein agreed to private mediation of this matter.

9. WHEREAS, on July 21, 2025, the Honorable Judge Noël Wise set December 12, 2025, as the deadline to complete ADR.

10. WHEREAS, on August 18, 2025, the Parties agreed to private mediation with the Honorable Judge Margaret Nagle (Ret.) and scheduled mediation for January 22, 2026.

11. WHEREAS, the Parties prepared a "Stipulation and [Proposed] Order Selecting ADR Process, stating that the Parties agree to hold the ADR session by January 31, 2026.

12. WHEREAS, on August 15, 2025, Plaintiff filed an ADR Certification by Parties and Counsel, representing to the Court that the Parties intend to stipulate to an ADR Process. (ECF No. 29).

13. WHEREAS, on August 15, 2025, Defendant filed an ADR Certification by Parties and Counsel, representing to the Court that the Parties intend to stipulate to an ADR Process. (ECF No. 30).

14. WHEREAS, on September 26, 2025, the Court appointed Thomas Duckworth as the assigned mediator (ECF No. 33).

15. WHEREAS, the Parties requested that the Court continue the deadline to complete ADR to a date on or after January 30, 2026, in light of the scheduled mediation with the Honorable Margaret Nagle (Ret.) on January 22, 2026.

16. WHEREAS, the Parties, by and through a joint stipulation, respectfully motioned this Court to vacate the appointment of Thomas Duckworth as the assigned mediator, refer this action to private ADR, and order that the deadline to complete ADR be continued to January 30, 2026. (ECF No. 38 & 39).

17. WHEREAS, Honorable Margaret Nagle (Ret.) recently represented to the Parties that she was no longer available to mediate on January 22, 2026, due to a scheduling conflict, but offered April 13, 2026 to the Parties to mediate this matter.

18. WHEREAS, the Parties are available on April 13, 2026 to mediate this matter with

**STIPULATION AND [PROPOSED] ORDER REGARDING ADR**

GORDON REES SCULLY MANSUKHANI, LLP
633 WEST FIFTH STREET, 52ND FLOOR, LOS ANGELES, CA 90071

Judge Nagle and have confirmed this date for mediation.

19. WHEREAS, the Parties request that the Court continue the deadline to complete ADR from January 30, 2026, to April 30, 2026, to allow the Parties to attend mediation of this matter with Judge Nagle on April 13, 2026.

Dated: January 28, 2026                          ILG LEGAL OFFICE, P.C.


By: */s/ Stephen Noel Ilg*
    Stephen Noel. Ilg
    Nicolas Jupillat
    Attorneys for Plaintiff,
    SOLEDAD INIEGO


Dated: January 28, 2026                          GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Cameron Aronson*
    Debra Ellwood Meppen
    Diba D. Rastegar
    Cameron D. Aronson
    Attorneys for Defendant,
    CLASSIC RESIDENCE MANAGEMENT
    LIMITED PARTNERSHIP d/b/a Vi an
    Illinois Limited Partnership

//

//

//

//

**GORDON REES SCULLY MANSUKHANI, LLP**
633 WEST FIFTH STREET, 52ND FLOOR, LOS ANGELES, CA 90071

- 4 -
**STIPULATION AND [PROPOSED] ORDER REGARDING ADR**

## [PROPOSED] ORDER

Pursuant to the request of the Parties to this litigation and good cause appearing therefore, the Order Granting Stipulation Regarding ADR [Docket No. 38] is hereby modified to permit the Parties to proceed through private mediation, as agreed by and between the Parties, and extending the time to complete mediation through April 30, 2026.

**IT IS SO ORDERED.**

Date: February 3, 2026

_____
District Court Judge
HON. NOËL WISE

GORDON REES SCULLY MANSUKHANI, LLP
633 WEST FIFTH STREET, 52ND FLOOR, LOS ANGELES, CA 90071

- 5 -
**STIPULATION AND [PROPOSED] ORDER REGARDING ADR**