**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Unit 206A
South San Francisco, CA 94080
Tel:     (415) 580-2574
Fax:     (415) 735-3454
Email: silg@ilglegal.com
Email: njupillat@ilglegal.com

Attorneys for Plaintiff Soledad Iniego

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Soledad Iniego, as an individual,<br><br>Plaintiff,<br>vs.<br><br>Classic Residence Management Limited Partnership d/b/a Vi, an Illinois Limited Partnership, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-06329-NW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)** |

### STIPULATION

Plaintiff Soledad Iniego and Defendant Classic Residence Management Limited Partnership d/b/a Vi ("Defendant") (collectively, the "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims and counterclaims stated herein against all Parties, with the exception of any class action claims or representative action claims which are dismissed without prejudice, with each party to bear its own attorney's fees and costs.

The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

-1-

*Iniego v. Classic Resident Management Limited Partnership*
Stipulation for Dismissal

**ILG Legal Office, P.C.**
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

It is so stipulated.

Dated: May 27, 2026

**ILG Legal Office, PC**

/s/ Stephen Noel Ilg

_____

Stephen Noel Ilg
Nicolas Jupillat
Attorneys for Plaintiff
Soledad Iniego

Dated: May 27, 2026

**Gordon Rees Scully Mansukhani, LLP**

/s/ Cameron D. Aronson

_____

Debra Ellwood Meppen; Diba D. Rastegar
Jeanette C. Suarez; Cameron D. Aronson
Attorneys for Defendants
Classic Residence Management Limited
Partnership d/b/a Vi

## <u>SIGNATURE ATTESTION</u>

Pursuant to Civil L.R. 5-1(i)(3), I attest that each of the other Signatories have concurred in the filing of this document.

Dated: May 27, 2026

_____

Stephen Noel Ilg

-2-

*Iniego v. Classic Resident Management Limited Partnership*
Stipulation for Dismissal

**ILG Legal Office, P.C.**
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

## [PROPOSED] ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

This entire action is dismissed with prejudice, including all claims and counterclaims stated herein against all Parties, with the exception of any class action claims or representative action claims which are dismissed without prejudice. Each party shall bear its own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

Dated: _____June 3, 2026_____        _____

                                          U.S. District Court Judge

-3-

*Iniego v. Classic Resident Management Limited Partnership*
Stipulation for Dismissal